AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
AUG 28 2026
Nathan Ochsner, Clerk of Court

United States of America
v.
Kevin Ladislao ALVARADO-Gamboa

*Defendant(s)*

Case No. V-26-61M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 26, 2026 in the county of Jackson in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § Section 922(g)(5) | It shall be unlawful for any person who, being an alien, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Nicholas A. Headrick, Special Agent, ATF
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P.4.1 and probable cause found this 28th day of August, 2026.

Date: 08/28/2026

[signature]
*Judge's signature*

City and state: Corpus Christi, Texas

Jason B. Libby, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Nicholas Headrick, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been since May 27, 2026. During my tenure with ATF, I have received training in the investigations involving federal firearms violations and am vested with the authority to investigate violations of Federal laws, including Titles 18, 22, and 26, United States Code.

2. I am familiar with certain Federal criminal laws and know that it is a violation of Title 18 U.S.C. § 922g5: It shall be unlawful for any person who being an alien, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

3. This affidavit is in support of a criminal complaint charging Kevin Ladislao ALVARADO-Gamboa, hereinafter referred to as "ALVARADO-Gamboa", with the criminal violation set forth in this affidavit. The evidence available to me demonstrates there is probable cause to believe ALVARADO-Gamboa has violated Title 18 USC § 922g5.

4. Your Affiant is familiar with the information contained in this affidavit, either through personal investigation or through discussion with other law enforcement officers, who have participated in and have contributed documentary reports of their investigative efforts in this matter.

5. On August 27, 2026, your affiant reviewed Victoria County Sheriff's Office (VCSO) case number 26-023960 reports and Edna Police Department (EPD) case number 26-0751 reports, which states on August 25, 2026, Law Enforcement was conducting a multi-agency operation with Immigration Custom Enforcement (ICE) in Jackson County, located in the southern district of Texas.

6. On August 26, 2026, it was reported that a male recorded a video observing what he believed to be law enforcement activity through a residence window stating "This is what's going on right here in Edna, right now. We've got ICE right here in front of my damn door. These people are lucky I don't fuckin pop their ass right now, for real", as the male pans the video to himself holding a green AR-15 rifle with a magazine inserted, dustcover open and the bolt in the forward position indicating that the firearm was loaded.

7. On August 26, 2026, ALVARADO-Gamboa sent the aforementioned video to Bailey Cavazos, hereinafter referred to as "Ex Girlfriend", who then forwarded the video to her mother. Ex-Girlfriend's mother contacted the Jackson County Sheriff's Office and forwarded the content to law enforcement.

8. On August 26, 2026, Homeland Security Investigators (HSI) Renee Tuinstra conducted a database query which revealed ALVARADO-Gamboa's Deferred Action on Childhood Arrivals (DACA) expired on September 13, 2019, and no additional immigration applications were filed. According to HSI, ALVARADO-Gamboa is illegally in the United States.

9. On August 26, 2026, ALVARADO-Gamboa was observed leaving his residence located in the Southern District of Texas in a black truck. VCSO Deputies initiated a traffic stop for failing to signal and positively identified the individual as ALVARADO-Gamboa. VCSO Deputies instructed ALVARADO-Gamboa to exit the vehicle, which he refused and evaded from the traffic stop at a high rate of speed.

10. After pursuit, ALVARADO-Gamboa's vehicle stopped at his residence located in Edna Texas and ALVARADO-Gamboa was taken into custody without further incident.

11. ALVARADO-Gamboa's vehicle was cleared and a black Girsan, Model MC 1911 S, 45, Pistol, Serial Number T6368-20AB00705 was located in plain view on the driver side floorboard of the vehicle. The pistol was loaded with a round in the chamber and the hammer pulled to the rear.

12. VCSO Deputies conducted a probable cause search of the vehicle and located assorted rifle and shotgun ammunition and a loaded AR-15 magazine.

13. On August 26, 2026, following ALVARADO-Gamboa's arrest, Ex-Girlfriend arrived at the residence and identified herself as the property owner. Ex-Girlfriend confirmed other firearms were located in the residence and provided written consent to retrieve them. An AR-15 matching the rifle identified in the video was located, seized and placed in Edna Police Department custody. The firearm was identified as a green Stag Arms, Model Stag-15, Multi Caliber, Rifle, Serial Number W-0073299.

14. On August 27, 2026, at approximately 11:58 am, your affiant and ATF Task Force Officer (TFO) Tolar conducted a custodial interview of ALVARADO-Gamboa. After the *Miranda* warning was administered ALVARADO-Gamboa voluntarily waived his rights, both verbally and in writing.

15. During the interview, ALVARADO-Gamboa acknowledged that he is illegally present in the United States and stated that he has not attempted to obtain any legal status to be present in the United States (since the loss of DACA). ALVARADO-Gamboa admitted to making the video with verbal threats and admitted to possessing the firearms.

16. ALVARADO-Gamboa is currently in custody in Jackson County Jail.

17. Your Affiant queried the NCIC database and identified ALVARADO-Gamboa to have two misdemeanor charges and no previous convictions:

   - June 18, 2018, Possession of Marijuana (Misdemeanor) (nine months deferred adjudication) County Court at Law #2 at Victoria, Texas. Case No. 2-110143

   - November 16, 2020, Bail jumping and failure to appear (Misdemeanor) (twelve-month deferred adjudication) County Court at Law #2 Victoria, Texas. Case No. 2-112857

18. Your affiant knows from prior ATF investigations and has criminally charged defendants (18 U.S.C. 922g5) in possession of firearm and ammunition. Your affiant consulted with ATF Special Agent Morris, Interstate Nexus Expert, who confirmed the Girsan, Model MC 1911 S, 45, Pistol, Serial Number T6368-20AB00705 and Stag Arms, Model Stag-15, Multi Caliber, Rifle Serial Number W-0073299 possessed by ALVARADO-Gamboa were manufactured outside of the state of Texas, therefore affecting interstate commerce when the firearms arrived in Texas.

19. Based on the above information your affiant believes ALVARADO-Gamboa is a person whose Deferred Action on Childhood Arrivals (DACA) is expired and no longer has status to be in the United States. ALVARADO-Gamboa possessed firearms manufactured outside the state of Texas, being an alien, which is in violation of Title 18, United States Code, Section 922 (g)(5); to wit, ALVARADO-Gamboa possessed a Girsan, Model MC 1911 S, 45, Pistol with serial number T6368-20AB00705, in the county of Jackson, Southern District of Texas.

Nicholas A Headrick, ATF Special Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P.4.1 and probable cause found this 28th day of August 2026.

Jason B. Libby
United States Magistrate Judge